JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MITCHELL, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, <br><br> Defendant. | Case No. CV 15-2975-PA (SP) <br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order Granting Voluntary Dismissal,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: November 4, 2015

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE